**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| ROY ELLIS, | CASE NO. |
|        Plaintiff, | |
| | |
|    vs. | |
| | |
| TRANS UNION LLC; EQUIFAX | |
| INFORMATION SERVICES LLC; | |
| EXPERIAN INFORMATION | |
| SOLUTIONS, INC.; and | |
| VW CREDIT, INC.; | |
|        Defendants. | |

---

### TRANS UNION LLC'S NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union LLC ("Trans Union") hereby removes the subject action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia on the following grounds:

1.  Plaintiff, Roy Ellis, served Trans Union on or about February 2, 2026, with a Summons and Complaint, filed in the Superior Court of the District of Columbia.  Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**, respectively.  No other process, pleadings or orders have been served on Trans Union.

2.  Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA").  *See generally* Complaint.

3.    This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.    Pursuant to 28 U.S.C. § 1441 *et seq.,* this cause may be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

5.    As of the date of this Notice Of Removal, Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Information Services LLC ("Equifax") and VW Credit, Inc. ("VW") have been served.  Counsel for Trans Union has contacted counsel for Experian, Equifax, and VW and they have consented to this removal as evidenced by the consents attached hereto as **Exhibit C**, **Exhibit D** and **Exhibit E**.

5.    Notice of this removal will promptly be filed with the Superior Court of the District of Columbia and served upon all adverse parties.

WHEREFORE, Defendant Trans Union LLC, by counsel, removes the subject action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,


        */s/ H. Mark Stichel*
H. Mark Stichel, Esq. DC Bar No. 503038
RKW Law Group
10075 Red Run Boulevard
Owings Mills, Maryland 21117
Telephone:  (443) 379-8987
Fax:  (443) 379-4023
E-Mail:  hmstichel@rkwlawgroup.com

*Counsel for Defendant Trans Union LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **20th day of February, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **20th day of February, 2026**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Roy Ellis<br>5041 Upton Street NW<br>Washington, DC 20015 | |
|---|---|

_____ _/s/ H. Mark Stichel_ _____
H. Mark Stichel, Esq. DC Bar No. 503038
RKW Law Group
10075 Red Run Boulevard
Owings Mills, Maryland 21117
Telephone:  (443) 379-8987
Fax:  (443) 379-4023
E-Mail:  hmstichel@rkwlawgroup.com

_Counsel for Defendant Trans Union LLC_